IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Case No. 03-41477-DOT |
| BETHUNE, JONATHAN | SSN No. XXX-XX-4673<br>Tax I.D. No. 75-6703313 |
| Debtors | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION**

Pursuant to FRBP 2002(a)(7) and 2002(f)(8), please take notice that Bruce E. Robinson, trustee of the above styled estate, has filed a final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| The Final Report shows receipt of | $8,486.03 |
| and approved disbursements of | $17.89 |
| leaving a balance of | $8,468.14 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: BRUCE E. ROBINSON | 1,487.45 | 10.95 |
| Attorney for trustee: | 0.00 | 0.00 |
| Appraiser: | 0.00 | 0.00 |
| Auctioneer: | 0.00 | 0.00 |
| Accountant for trustee: | 0.00 | 0.00 |
| Charges, U.S. Bankruptcy Court: | 0.00 | 0.00 |
| U.S. Trustee: | 0.00 | 0.00 |
| Bond Premium: | 0.00 | 0.00 |
| Other: | 0.00 | 0.00 |
| Other: | 0.00 | 0.00 |

Applications for chapter 11 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: | 0.00 | 0.00 |
| Attorney for: | 0.00 | 0.00 |
| Attorney for: | 0.00 | 0.00 |
| Accountant for: | 0.00 | 0.00 |
| Other: | 0.00 | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, the Trustee proposes the following distribution: See the attached Proposed Distribution, Exhibit A-1

The balance of funds on hand in the estate will continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to the unpaid creditors until successive claims are paid in full.  The trustee will receive additional compensation on account of the disbursement of the additional interest not to exceed the maximum compensation set by 11 U.S.C. Section 326.

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court, United States Bankruptcy Court, 1100 East Main Street, Rm 310, Richmond, VA  23219-3515.

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.  Pursuant to FRBP 3010 all dividends of less than $5.00 will not be paid.

Dated: this 31st day of August, 2006

By: /s/ Bruce E. Robinson
BRUCE E. ROBINSON, TRUSTEE

BRUCE E. ROBINSON
P. O. BOX 538
SOUTH HILL, VA  23970-0538

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of the Final Report and Application for Compensation was sent via first class mail, postage pre-paid, to the Office of the U.S. Trustee, W. Clarkson McDow, Jr., United States Trustee, 600 East Main Street, Suite 301, Richmond, VA  23219 and to all creditors and other parties of interest shown on the attached list on August  31st, 2006.

/s/ Bruce E. Robinson
BRUCE E. ROBINSON, TRUSTEE

**EXHIBIT A-1**

# PROPOSED DISTRIBUTION

Case Number: 03-41477    DOT  
Debtor Name: BETHUNE, JONATHAN

Page 1

Date: August 7, 2006

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | | | | $8,468.14 |
| | BRUCE E. ROBINSON, TRUSTEE COMPENSATION | Admin | | $1,487.45 | $0.00 | $1,487.45 | $1,487.45 | $0.00 | $0.00 | $1,487.45 | $6,980.69 |
| | BRUCE E. ROBINSON, TRUSTEE EXPENSES | Admin | | $10.95 | $0.00 | $10.95 | $10.95 | $0.00 | $0.00 | $10.95 | $6,969.74 |
| | INTERNATIONAL SURETIES, LTD. | Admin | 999 | $17.89 | $17.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,969.74 |
| 01 | Patient First | Unsec | 070 | $78.30 | $0.00 | $78.30 | $78.30 | $0.00 | $3.11 | $81.41 | $6,888.33 |
| 02 | Midland Credit Mgmt | Unsec | 070 | $3,226.17 | $0.00 | $3,226.17 | $3,226.17 | $0.00 | $128.24 | $3,354.41 | $3,533.92 |
| 03 | Comcast Cable | Unsec | 070 | $130.28 | $0.00 | $130.28 | $130.28 | $0.00 | $5.18 | $135.46 | $3,398.46 |
| 04 | Sears | Unsec | 070 | $2,155.59 | $0.00 | $2,155.59 | $2,155.59 | $0.00 | $85.68 | $2,241.27 | $1,157.19 |
| 05 | Peebles | Unsec | 070 | $43.95 | $0.00 | $43.95 | $43.95 | $0.00 | $1.75 | $45.70 | $1,111.49 |
| | BETHUNE, JONATHAN BACK-TO-DEBTOR | Unsec | 999 | $1,111.49 | $0.00 | $1,111.49 | $1,111.49 | $0.00 | $0.00 | $1,111.49 | $0.00 |
| | << Totals >> | | | $8,262.07 | $17.89 | $8,244.18 | $8,244.18 | $0.00 | $223.96 | $8,468.14 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution. Interest was calculated from the Case Petition Date of 12/07/03 through 10/30/06 at a rate of 1.37% (annualized simple interest).

PROPDIS2

Printed: 08/07/06 04:26 PM    Ver: 11.50c